# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 676 |
| | : | |
| REAPPOINTMENT TO THE DOMESTIC | : | CIVIL PROCEDURAL RULES |
| RELATIONS PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of January, 2018, Lucille Marsh, Esquire, Lackawanna County, is hereby reappointed as a member of the Domestic Relations Procedural Rules Committee for a term of three years, commencing March 1, 2018.